**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-01564-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

On July 11, 2022, Plaintiff filed a stipulated motion requesting the deadline to file an opening brief be extended from July 11, 2022, to August 5, 2022.  (ECF No. 16.)  The filing indicates the parties are still engaged in settlement discussions.  (Id.)  The Court finds good cause to grant the stipulated motion.

Accordingly, Plaintiff's motion (ECF No. 16) is GRANTED, and Plaintiff shall file her opening brief on or before August 5, 2022.

IT IS SO ORDERED.

Dated:   **July 11, 2022**

UNITED STATES MAGISTRATE JUDGE

1